IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOMENEQUE D. TAYLOR**                                                                           **PLAINTIFF**

v.                                          Case No. 4:21-cv-00934-JM

**BRIAN L. HOHERTZ, MD,**
**Emergency Care Physician;  DOE,**
**Emergency Room #8 Trauma Nurse;**
**UNIVERSITY OF ARKANSAS MEDICAL**
**SCIENCES, UAMS**                                                                              **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE