**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DOMENEQUE D. TAYLOR** **PLAINTIFF**

**V.** **4:21CV00934 JM**

**BRIAN L. HOHERTZ, et al,** **DEFENDANTS**

**ORDER**

The Clerk is directed to take Ms. Taylor off the restricted filer list.

IT IS SO ORDERED this 26th day of August, 2026.

James M. Moody Jr.
United States District Judge